GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ SCHNITZER JOHNSON
& WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702.362.6666
Facsimile: 702.362.2203
gmushmeche@ksjattorneys.com
***Attorneys for Defendant***
***Harris & Harris, LTD.***

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE TOTH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS LTD,<br><br>　　　　Defendant. | Case No.: 2:22-cv-01756-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR HARRIS & HARRIS, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant, HARRIS & HARRIS, LTD. ("Defendant"), and Plaintiff, BONNIE TOTH, by and through their respective counsel of record, stipulate and agree to extend the deadline to November 30, 2022 for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and to explore settlement possibilities. Plaintiff has no opposition to Defendant's request for an extension.

/ / /

/ / /

/ / /

/ / /

This request is made in good faith and not for delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 9th day of November, 2022.

| FREEDOM LAW FIRM | KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD. |
|---|---|
| /s/ Gerardo Avalos, Esq.<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Ste. 350<br>Las Vegas, NV 89123<br>Tel: (702) 880-554<br>Fax: (702) 385-5518<br>*Attorneys for Plaintiff,*<br>*Bonnie Toth* | /s/ Gina M. Mushmeche, Esq.<br>GINA M. MUSHMECHE, ESQ.<br>Nevada Bar No. 10411<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>Tel: (702) 362-6666<br>Fax: (702) 362-2203<br>*Attorneys for Defendant,*<br>*Harris & Harris, LTD.* |

**ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 10, 2022