GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
KRAVITZ SCHNITZER JOHNSON
& WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  702.362.6666
Facsimile:  702.362.2203
gmushmeche@ksjattorneys.com
***Attorneys for Defendant***
***Harris & Harris, LTD.***

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE TOTH,<br><br>     Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS LTD,<br><br>     Defendant. | Case No.: 2:22-cv-01756-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FOURTH REQUEST]** |

COMES NOW, Defendant Harris & Harris, Ltd. ("H&H"), by and through its undersigned counsel, GINA M. MUSHMECHE, ESQ. of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., and Plaintiff Bonnie Toth, by and through her undersigned counsel, GEORGE HAINES, ESQ. and GERARDO AVALOS, ESQ. of FREEDOM LAW FIRM, LLC, and hereby stipulate and agree to extend the deadline to **February 3, 2023** for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is the parties' fourth request for an extension because the parties are continuing to negotiate towards a settlement and resolution.  An additional two weeks will allow for the parties to work toward amicably resolving this matter.  The parties do not contemplate another request accordingly.

/ / /

/ / /

/ / /

/ / /

This request is made in good faith and not for delay.

**IT IS SO STIPULATED.**

DATED this 20th day of January, 2023.

FREEDOM LAW FIRM, LLC

 /s/   Gerardo Avalos, Esq.
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV  89123
*Attorneys for Plaintiff*

DATED this 20th day of January, 2023.

KRAVITZ SCHNITZER JOHNSON
& WATSON, CHTD.

 /s/  Gina M. Mushmeche, Esq.
Gina M. Mushmeche, Esq.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
*Attorneys for Defendant*

### ORDER

**BASED UPON THE STIPULATION OF THE PARTIES**, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant shall have until **February 3, 2023** in which to respond to Plaintiff's Complaint in the action entitled *Bonnie Toth v. Harris & Harris, Ltd.*, United States District Court, District of Nevada, Court Case No. 2:22-cv-01756.

**IT IS SO ORDERED**.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/23/2023

Respectfully submitted by:

KRAVITZ SCHNITZER JOHNSON
& WATSON, CHTD.

 /s/  Gina M. Mushmeche, Esq.
Gina M. Mushmeche, Esq.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
*Attorneys for Defendant*