George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
info@freedomlegalteam.com
*Attorneys for Plaintiff Bonnie Toth*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Bonnie Toth,<br><br>    Plaintiff(s),<br><br>v.<br><br>Harris & Harris, LTD.<br><br>    Defendant(s). | Case No.: 2:22-cv-01756<br><br>**[FIRST] Status Report Re: Settlement Between Bonnie Toth and Harris & Harris, Ltd.** |

The dispute between Plaintiff Bonnie Toth ("Plaintiff") and Defendant Harris & Harris, LTD. ("Defendant") has been resolved. The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

STIPULATION                                  - 1 -

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or after **May 6, 2023**, to file dismissal documents.

Dated: April 6, 2023.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Bonnie Toth*

**KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**

 /s/ Gina M. Mushmeche
Gina M. Mushmeche, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Counsel for Defendant Harris & Harris, LTD.*

APPROVED:

DATED this 7th day of April, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge