George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bonnie Toth, | Case No.: 2:22-cv-01756-RFB-DJA |
| Plaintiff(s,) | |
| v. | **Stipulation for dismissal of Harris & Harris LTD with prejudice.** |
| Harris & Harris LTD, | |
| Defendant(s). | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Bonnie Toth and Harris & Harris LTD stipulate to dismiss Plaintiff's claims against Harris & Harris LTD with prejudice.

///
///
///
///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 5 May 2023.

_____

STIPULATION                               - 1 -

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD**

/s/ Gina M. Mushmeche
Gina M. Mushmeche, Esq.
Kravitz Schnitzer Johnson & Watson, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Counsel for Harris & Harris, LTD*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of May, 2023.

STIPULATION                                              - 2 -